1002

[No. 32735-3-III. Division Three. March 17, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. MARCOS A. AVALOS BARRERA, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00505-3, Evan E. Sperline, J., entered April 29, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32910-1-III. Division Three. March 17, 2016.]

VICKI POSA, *Appellant*, v. JOHN ROBEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-02853-5, Michael P. Price, J., entered October 9, 2014. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 68699-2-I. Division One. March 21, 2016.]

*In the Matter of the Personal Restraint of* ISMAIL HASSAN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 71377-9-I. Division One. March 21, 2016.]

*In the Matter of the Personal Restraint of* JUSTIN CASTILLO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.